CARL ALMGREN, Respondent, v. THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. The single question which the appellant presents is that plaintiff was guilty of contributory negligence as matter of law. We cannot accept that view and are of opinion that a question of fact was presented. Present — Lazansky, P. J., Young, Kapper and Hagarty, JJ.; Scudder, J., not voting.

CECIL Y. BISHOP, Respondent, v. EASTERN OFFICES, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Lazansky, P. J., Young, Kapper and Hagarty, JJ., concur; Scudder, J., not voting.

JENNIE BLAU, Respondent, v. ABRAHAM WEINSTEIN and Others, Defendants, Impleaded with ADOLPHINE WHITAKER, Appellant.— Judgment reversed on the law and the facts, with costs to appellant, and the complaint dismissed, with costs. The court has found as a fact that for the loan from plaintiff there was reserved a rate of interest greater than six per cent per annum. The transaction was usurious. The court has found, in effect, that defendant Whitaker was the equitable owner of the property because it was bought with her money and taken in the name of Weinstein instead of defendant Whitaker's name, as Weinstein was instructed to take title to the property. The defense of usury is available to defendant Whitaker because she was, for all practical purposes, the mortgagor. The following conclusions of law contained in the decision are reversed: Conclusions numbered 1 and 2, and conclusion numbered 3 as far as defendant Whitaker is concerned. Refusals to find conclusions of law numbered 1, 2 and 3 contained in defendant Whitaker's requests to find are also reversed in accordance herewith and new conclusions of law will be made. Lazansky, P. J., Young, Kapper and Hagarty, JJ., concur; Scudder, J., not voting. Settle order on notice.

GERTRUDE TOWER BRAZILL, Respondent, v. MANUEL J. BRAZILL, Appellant.— Judgment modified by fixing the amount of alimony to be paid the plaintiff by the defendant at the rate of $30 per week and by fixing the counsel fee at $200, and as so modified unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ.

MARGARET J. BRICKER, as Administratrix, etc., of JOHN F. BRICKER, Deceased, Appellant, v. WILFRED F. FULLER, Doing Business under the Firm Name and Style of PARKER FENCE AND MANUFACTURING COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Young, Kapper, Hagarty and Tompkins, JJ., concur; Scudder, J., not voting.

WILLIAM T. BROPHY, Appellant, v. EXPORT STEAMSHIP CORPORATION, Respondent, Impleaded with UNION STEVEDORING CORPORATION and CHARLES B. BETTELS, Defendants.*— Judgment, in so far as appealed from, affirmed, with costs. No opinion. Kapper, Carswell and Davis, JJ., concur; Lazansky, P. J., and Hagarty, J., dissent on the ground that there was a question of fact for the jury as to whether the respondent exercised reasonable care in the method of creating the passageway, and whether the contact by the truck, causing the cases to fall, could have been reasonably anticipated.